

## NUMBER 13-15-00550-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE RICHARD FREYMANN

### On Petition for Writ of Mandamus.

## ORDER

**Before Justices Garza, Benavides, and Longoria**
**Per Curiam Order**

Relator, Richard Freymann, filed a petition for writ of mandamus in the above cause on November 20, 2015. Through this original proceeding, relator seeks to compel the trial court to grant his motion for a protective order and motion for case management order. The Court requests that the real party in interest, Angelica Moreno Gongora, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
23rd day of November, 2015.